**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Anthony Welch

Appellate case number:    01-18-00870-CV

Trial court case number:    18-CCV-062505

Trial court:                        County Court at Law No. 4 of Fort Bend County

On October 1, 2018, relator filed a petition and supplemental petition for writ of mandamus in this Court. On October 9, 2018, relator filed a motion for rehearing of the petition for writ of mandamus. Because relator's motion for rehearing was filed prior to this Court acting on the petition, the filing of relator's motion for rehearing was premature. *See* TEX. R. APP. P. 52.9.

Accordingly, we **STRIKE** relator's motion for rehearing filed October 9, 2018.

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
                               ☒Acting individually      ☐ Acting for the Court

Date: October 16, 2018